# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 26, 2018 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-3009 (CBA) |
| **NAME OF CASE(S):** | **WYNN V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Mosaku |
| **FOR DEFENDANT(S):** | Horan |
| **NEXT CONFERENCE(S):** | **JULY 10, 2018 AT 12:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:04 - 11:05, 11:54 - 11:56 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties were unable to reach a disposition at this time.  The Court will hold a further settlement conference on July 10, 2018 at 12:00 p.m.