FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 2 5 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DENNIS WYNN,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, DETECTIVE BRIAN DEPALO (Tax # 923752), DETECTIVE JAMES WALSH (Tax # 935947) and POLICE OFFICERS JOHN DOE 1-10,

                                    Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 3009 (CBA) (ST)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       July 17, 2018

| | |
|---|---|
| LAW OFFICES OF WALE MOSAKU, P.C.<br>*Attorney for Plaintiff*<br>25 Bond Street<br>3d Floor<br>Brooklyn, New York 11201<br><br>By: _____<br>       Wale Mosaku | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Depalo, and Walsh*<br>100 Church Street, 2d Floor<br>New York, New York 10007<br><br>By: _____<br>       Brendan M. Horan<br>       *Assistant Corporation Counsel* |

SO ORDERED:

s/Carol Bagley Amon

HON. CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2018